IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GAMEHANCEMENT LLC, | § |
| *Plaintiff*, | § § § |
| v. | §  CASE NO. 2:23-cv-00566-JRG-RSP |
| Analog Devices, Inc., | § § § |
| *Defendant*. | § |

## ORDER

Before the Court is Plaintiff Gamehancement LLC's Notice of Voluntary Dismissal filed. (Dkt. No. 6.) In the Notice, Plaintiff voluntarily dismisses the above-captioned case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES**, that all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Feb 6, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE